UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21 MC 103 (AKH)

IN RE: LOWER MANHATTAN
DISASTER SITE LITIGATION

| THIS DOCUMENT RELATES TO THE FOLLOWING CASES: | Docket No.: |
|---|---|
| Cuervo, Aracelly | 08-CIV-2262 |
| Miranda, Susana (and Husband, Labre, Martin) | 08-CIV-2293 |
| Ordonez, Julio | 08-CIV-2298 |
| Ramirez, Harold (and Wife, Thomas, Novoa) | 08-CIV-2304 |
| Saeteros, Blanca (and Husband, Encalada, Dario) | 08-CIV-2305 |
| Szynkowski, Zbigniew (and Wife Szynkowska, Ewa) | 08-CIV-2308 |
| Zambrana, Ramon | 08-CIV-2320 |

## NOTICE OF APPEARANCE

Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated: Albany, New York
April 25, 2008

WHITEMAN OSTERMAN & HANNA LLP

BY: _____
John J. Henry (JH-7137)
William S. Nolan (WN-8091)
Attorneys for Defendant
TRC Engineers, Inc.
One Commerce Plaza
Albany, New York 12260
(518) 487-7650

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 25th day of April, 2008, via ECF upon the ECF participants.

_____
Carrie L. Lalyer